Jonathan Deemer
Legal Intern
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0240

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DUANE CHARLES VON EITZEN,<br><br>Defendant. | DOCKET NO. 6:19-mj-00036-JDP<br><br>**MOTION TO WITHDRAW AFFIDAVIT OF ALLEGED PROBATION VIOLATION(S); AND [PROPOSED] ORDER THEREON** |

Defendant, Duane VON EITZEN, was charged with 4 counts: driving while his privilege was suspended for a previous DUI incident in violation of Title 36 Code of Federal Regulations §4.2(b); California Vehicle Code §14601.2(a), driving an unregistered vehicle in violation of Title 36 Code of Federal Regulations §4.2(b); California Vehicle Code §4000(a)(1), driving without proof in insurance in violation of Title 36 Code of Federal Regulations §4.2(b); California Vehicle Code §16028(a), violating a closure in violation of Title 36 Code of Federal Regulations §1.5(f), and possessing an open container of alcohol in a motor vehicle in violation of 36 Code of Federal Regulations §4.14(b). VON EITZEN pleaded guilty to Counts 1 and 4 on July 9, 2019, and was sentenced to 12 months of unsupervised probation with the conditions he pay a $250 fine by May 9, 2020, complete 60 hours of community service by May 9, 2020, and attend 100 sessions of Alcoholics Anonymous by May 9, 2020, obtain a driver's license, obey all laws,

1

reports all new violations of law to the Court, and appear personally for a probation review hearing on June 9, 2020, later rescheduled to June 8, 2020.

     On June 16, 2020 the Government filed an Affidavit of Alleged Probation Violation, alleging VON EITZEN had failed to pay the $250 fine as ordered, failed to attend Alcoholics Anonymous meetings as ordered, failed to complete 60 hours of community service as ordered, and failed to obtain a driver's license as ordered. A review hearing was held on July 9, 2020, at 10:00 A.M., where the Defense requested, and the Court granted, a second review hearing for August 12, 2020 so that it could provide proof of completion of the terms of probation. At the August 12, 2020 review hearing the Court extended the Defendant's probation to January 12, 2021 and set another review hearing for December 15, 2020. At present, the Defendant has paid the $250 fine in full, substantially completed his Alcoholics Anonymous requirement, completed 30 of the required 60 hours of community service, and cannot obtain a driver's license due to medical ineligibility. Due to the ongoing coronavirus pandemic, the Government has agreed to impose an additional fine of $300 ($10 per hour) in lieu of the remaining 30 hours of the Defendant's community service, and is currently waiting for medical proof of the Defendant's ineligibility to obtain a driver's license. The Government reserves the right to re-file an Affidavit of Alleged Probation Violation should the Defendant fail to pay the additional $300 in lieu of 30 hours of community service or fail to provide medical proof of his ineligibility to obtain a driver's license.

Dated: August 13, 2020                                            By: /s/ Jonathan Deemer
                                                                                        Jonathan Deemer
                                                                                        Legal Intern
                                                                                        Yosemite National Park, CA

**THE COURT ORDERS AT THE GOVERNMENT'S REQUEST:**

Upon application of the United States, good cause having been shown therefor, IT IS HEREBY ORDERED that the Affidavit of Alleged Probation Violation in the above-referenced matter, *United States v. Von Eitzen*, 6:19-mj-00036-JDP, be withdrawn.

IT IS SO ORDERED.

Dated:   August 18, 2020                                            _____
                                                                                        UNITED STATES MAGISTRATE JUDGE