1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  BENJAMIN A. GERSON, NY Bar # 5505144
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   DUANE VON EITZEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  6:19-mj-00036 JDP |
| Plaintiff, | **STIPULATION TO MODIFY SENTENCE** |
| vs. | |
| DUANE VON EITZEN | |
| Defendant. | |

The parties, through their respective counsel, Sean Anderson, Acting Legal Officer, counsel for the government, and Benjamin A. Gerson, Assistant Federal Defender, counsel for the defendant, Duane Von Eitzen, hereby stipulate and jointly move this court to modify the terms of Mr. Von Eitzen's sentence.

On July 9, 2019 the Honorable Jeremy Peterson sentenced Mr. Von Eitzen to 12 months unsupervised probation, a $250.00 fine, 60 hours of community service, and the 100 AA meetings, and to obtain his driver's license. To date, Mr. Von Eitzen has paid his fine and completed a substantial portion of the AA meetings through clinically supervised counselling.  However, because of the ongoing COVID-19 pandemic, the opportunity to perform community service has been severely limited.  Very few non-profit organizations will allow volunteers out of an abundance of caution to avoid spreading the virus.  Mr. Von Eitzen now asks the court to modify her sentence of probation to allow payment of an additional $300.00 in lieu of community service.

1  In addition, Mr. Von Eitzen is to provide proof that he is medically ineligible for a driver's license.
2  Mr. Von Eitzen is to complete the modified terms of his probation by November 12, 2020.  Mr.
3  Von Eitzen's term of probation is extended until January 12, 2020, with a review hearing on
4  December 15, 2020.  The government does not object.

Respectfully submitted,

McGREGOR SCOTT
United States Attorney

Dated:  September 4, 2020            */s/ Sean Anderson*
                                     Sean Anderson
                                     Acting Legal Officer
                                     National Park Service
                                     Yosemite National Park


Dated:  September 4, 2020            HEATHER E. WILLIAMS
                                     Federal Defender


                                     */s/  Benjamin A. Gerson*
                                     BENJAMIN A. GERSON
                                     Assistant Federal Defender
                                     Attorney for Defendant
                                     DUANE VON EITZEN

**ORDER**

Good cause appearing, the above stipulation the terms of probation in case No. 6:19-mj-00036-JDP, is hereby accepted and adopted as the order of this court.

IT IS SO ORDERED.

Dated:   September 4, 2020

_____
UNITED STATES MAGISTRATE JUDGE