| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | BENJAMIN A. GERSON, NY Bar # 5505144 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorneys for Defendant |
| | DUANE VON EITZEN |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  6:19-mj-00036 JDP |
| Plaintiff, | **STIPULATION TO CONTINUE REVIEW HEARING; ORDER** |
| vs. | |
| DUANE VON EITZEN | |
| Defendant. | |

The parties, through their respective counsel, Sean Anderson, Acting Legal Officer, counsel for the government, and Benjamin A. Gerson, Assistant Federal Defender, counsel for the defendant, Duane Von Eitzen, hereby stipulate and jointly move this court to continue the review hearing scheduled for December 15, 2020 to January 12, 2021, with the expectation that the case will be resolved by stipulation prior to that date. The government does not object.

On September 4, 2020 the Honorable Jeremy D. Peterson signed an order modifying Mr. Von Eitzen's sentence.  Mr. Von Eitzen's new obligations included paying $300.00 to the court in lieu of community service and obtaining proof from his doctor at the Veterans Administration that he is medically ineligible to drive in lieu of obtaining a driver's license.  See ECF # 17.  Mr. Von Eitzen immediately paid the additional fees.  See Exhibit A. However, he is still awaiting an appointment at the VA, currently scheduled for December 18, 2020.    Mr. Von Eitzen's probation currently extends until January 12, 2021. The parties fully expect that the case will be

1 | resolved by stipulation once the records of the December 18, 2020 appointment are received.

                                                Respectfully submitted,

                                                McGREGOR SCOTT
United States Attorney

Dated:  December 11, 2020                   */s/ Sean Anderson*
                                                Sean Anderson
Acting Legal Officer
National Park Service
Yosemite National Park

Dated:  December 11, 2020                    HEATHER E. WILLIAMS
Federal Defender

                                                */s/ Benjamin A. Gerson*
BENJAMIN A. GERSON
Assistant Federal Defender
Attorney for Defendant
DUANE VON EITZEN

**O R D E R**

Before the Court is the parties Joint Stipulation to Continue Review Hearing. (Doc. No. 18). The Court, finding good cause, **continues the review hearing** scheduled for December 15, 2020 in the matter of *United States v. Eitzen*, case no. 6:19-mj-00036-JDP **to January 12, 2021 at 10:00 a.m**. Defendant's term of probation remains in effect until January 12, 2021, consistent with the Court's September 4, 2020 Order. (*See* Doc. No. 17).

IT IS SO ORDERED.

Dated:   December 14, 2020

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE